JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR10-5293BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |
| ROBERT UNDERWOOD, JR., | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the pretrial motions due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued to July 26, 2011.

DONE this 12th day of July, 2011.

                                                   /s/ Benjamin H. Settle
                                                   BENJAMIN H. SETTLE
                                                   United States District Judge

Presented by:

*/s/ John Carpenter*                       */s/ Sunni Ko*
John Carpenter                              Sunni Ko
Attorney for Defendant                Assistant U.S. Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DUE DATE      1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**