UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR10-5293RJB |
| Plaintiff, | |
| vs. | ORDER SETTING TRIAL AND PRETRIAL DATES |
| ROBERT UNDERWOOD, JR., | |
| Defendant. | |

Based on all parties' agreement in open court, and considering the record herein, the Court makes the following findings of fact and conclusions of law and order:

1. The resulting period of delay up to and including March 31, 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(1)(C).

2. Taking into account the exercise of due diligence, a setting beyond the ordinary speedy trial requirements is necessary to allow the defendants the reasonable time for effective preparation his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

3. The ends of justice served by delaying this setting beyond the ordinary speedy trial requirements, outweighs the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. Furthermore, the defendant waived his right to a speedier trial.

ORDER CONTINING TRIAL DATE

NOW, THEREFORE,

IT IS HEREBY ORDERED that new trial date is March 31, 2014, at 9:30 a.m. The pretrial conference is scheduled for March 14, 2014, at 8:30 a.m.   The motion filing deadline is March 6, 2014.

DATED this 4th  day of  November, 2012.

_____
Robert J Bryan
United States District Judge

ORDER CONTINING TRIAL DATE