UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR10-5293RJB |
| Plaintiff, | ORDER ON OBJECTIONS TO PORTIONS OF DEPOSITION |
| v. | |
| ROBERT UNDERWOOD JR., | |
| Defendant. | |

This matter comes before the court on the Defense Evidentiary Objections and Motions to Exclude Portions of Deposition Testimony of D.P. (Dkt. 145) and on the government's objections to portions of the same deposition found in Government's Response to Defendant's Evidentiary Objections to the Deposition (Dkt. 153 at page 8).  The court is familiar with the records and files herein and documents filed in support of and in opposition to the deposition and the objections made to it.  If the deposition is used at trial, it should first be edited to incorporate these rulings.

The court now makes the following rulings on the objections made by defendant:

| | | |
|---|---|---|
| 1 | Page 14, lines 11-15 | Overruled |
| 2 | Page 16, lines 13-17 | Overruled |
| 3 | Page 17, lines 9-13 | Overruled |
| 4 | Page 19, lines 16-22 | Overruled |
| 5 | Page 20, lines 20-25, page 21, lines 1-14 | Overruled, except sustained as to |
| 6 | | lines 6 and 7 on page 21 |
| 7 | Page 27, lines 22-25, page 28, line 1 | Overruled |
| 8 | Page 28, lines 6-8 | Sustained as to lines 6 and 7; |
| 9 | | overruled as to line 8 |
| 10 | Page 30, lines 13-14 | Overruled |
| 11 | Page 32, lines 11-12 | Overruled |
| 12 | Page 32, lines 22-23 | Overruled |
| 13 | Page 34, lines 13-14 | Overruled |
| 14 | Page 35, lines 11-12 | Overruled |
| 15 | Page 37, lines 12-16 | Overruled |
| 16 | Page 37, lines 17-21 | Overruled |
| 17 | Page 40, lines 23-25, page 41, lines 1-2 | Overruled |
| 18 | Page 42, lines 9-11 | Overruled |
| 19 | Page 44, lines 2-5 | Sustained |
| 20 | Page 46, lines 14-20 | Overruled |
| 21 | Page 48, lines 14-16 | Overruled |
| 22 | Page 52, lines 4-6 | Overruled |
| 23 | Page 54, lines 18-24 | Overruled |
| 24 | | |

ORDER ON OBJECTIONS TO PORTIONS OF
DEPOSITION- 2

| | |
|---|---|
| Page 55, lines 19-23 | Overruled |
| Page 57, lines 2-25, page 58, lines 1-25 | Sustained |
| Page 59, lines 1-7 | Sustained |
| Page 59, lines 11-25, page 60, lines 1-20 | Overruled |
| Page 60, lines 21-25, page 61, lines 1-4 | Sustained |
| Page 61, lines 5-12 | Sustained |
| Page 61, lines 23-24 | Sustained as to the following language:  "And that's before I started getting molested."  The objection is otherwise overruled. |
| Page 63, lines 4-10 | Overruled |
| Page 63, lines 16-17, 20-25 | Sustained |
| Page 64, lines 13-19, 22, 24 | Sustained |
| Page 64, line 25, page 65, lines 1-3, 6-12, 12-15 | Sustained as to page 64 line 25 through the end of the sentence at Page 65, line 1.  The objection is overruled as to the following:  "I told that to April too.  I told April – I said, you know April – I said I don't lie to nobody.  You know that."  The objection is sustained as to the remainder of Line 3 through the first three words of line 6.  The objection is sustained as to the material beginning with the word "and" on line 6 and continuing through line 15. |
| Page 65, lines 18-20 | Overruled |
| Page 66, lines 3-6 | Overruled |
| Page 67, line 22 | Overruled |

| | | |
|---|---|---|
| 1 | Page 68, lines 2, 5 and 17 | Overruled |
| 2 | Page 77, line 23 | Overruled as to the word "No" and sustained as to the remainder |
| 3 | | of line 23 |
| 4 | Page 92, lines 21-23 | Sustained up to "man" on line 23 |
| 5 | | and is otherwise overruled |
| 6 | Page 92, lines 23, 25, page 93, line 1 | Overruled |
| 7 | Page 93, lines 21-25, through page 94, lines 1-17 | Sustained |
| 8 | Page 95, lines 15-25 | Sustained |
| 9 | Page 120, lines 21-25 to page 121, lines 1-7 | Overruled as to the words"that's right" on Line 21 and is otherwise |
| 10 | | sustained |
| 11 | Page 131, line 24, Page 132, lines 1-25 | Sustained |
| 12 | through page 133, lines 1-24 | |
| 13 | Page 165, line 1-4 | Sustained |
| 14 | Page 165, lines 12-15 | Sustained |
| 15 | Page 165, lines 16-20 | Sustained |
| 16 | Page 165, lines 21-25, page 166, lines 1-6 | Sustained |
| 17 | Page 166, lines 7-11 | Sustained |
| 18 | Page 166, line 25, page 167, lines 1-4 | Sustained |
| 19 | Page 167, lines 18-20 | Sustained |
| 20 | Page 167, lines 21-22 | Sustained |
| 21 | | |
| 22 | Page 168, lines 18-22 | Overruled except sustained as to "I know you are doing the best |
| 23 | | you can" |
| 24 | Page 169, lines 1-4 | Overruled |

| | | |
|---|---|---|
| 1 | Page 169, lines 5-6 | Overruled |
| 2 | Page 169, lines 7-11 | Overruled |
| 3 | Page 170, lines 3-7 | Overruled |
| 4 | Page 170, lines 8-23 | Sustained |
| 5 | Page 170, lines 24-25, page 171, lines 1-10 | Sustained |
| 6 | Page 171, lines 13-21 | Sustained |
| 7 | Page 171, lines 22-25, page 172, lines 1-2 | Sustained |
| 8 | Page 172, lines 3-7 | Sustained |
| 9 | Page 172, lines 8-14 | Sustained |
| 10 | | |
| 11 | Page 172, lines 15-24 | The objection is sustained as to the material from line 15 to 18; is overruled as to lines 19-21; is sustained as to the words beginning at line 22 "Because he figured I probably would turn this into the police department and that" and overruled as to the remainder of that answer. |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | Page 172, line 25, page 173, lines 1-7 | Sustained |
| 17 | Page 173, lines 8-17 | Sustained |
| 18 | Page 173, lines 18-23 | Sustained |
| 19 | Page 173, lines 24-25, page 174, lines 1-8 | Sustained |
| 20 | Page 175, lines 2-7. | Overruled |
| 21 | Page 176, lines 1-9 | Sustained |
| 22 | Page 176, lines 10-13 | Sustained |
| 23 | Page 176, lines 19-23 | Sustained |
| 24 | | |

ORDER ON OBJECTIONS TO PORTIONS OF
DEPOSITION- 5

Page 178, lines 11-12                                          Overruled

In regard to the government's objections, the court makes the following ruling: All of the government's objections as found in Docket 123 beginning at page 22 are overruled.

The Clerk is directed to send uncertified cop1ies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of February, 2014.

ROBERT J. BRYAN
United States District Judge

ORDER ON OBJECTIONS TO PORTIONS OF
DEPOSITION- 6